```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHRISTOPHER JACKSON,
11              Plaintiff,              No. CIV S-06-2023 WBS GGH P
12        vs.
13   JAMES WALKER, et al.,
14              Defendants.             ORDER
15                                   /
```

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. By <u>Order</u>, filed on April 4, 2007, several defendants were dismissed from plaintiff's first amended complaint, but plaintiff was granted leave to file a second amended complaint. By letter filed on April 27, 2007, plaintiff filed a document indicating that he did not intend to file a second amended complaint and did not intend to amend his claims as to the defendants dismissed in the court's April 4, 2007, <u>Order</u>, but did wish to add an exhibit to his first amended complaint; he attached a copy of his first amended complaint and the exhibit or exhibits he wished to have included. Although plaintiff has not filed a second amended complaint, as he wishes to proceed with different exhibits, the court will deem his filing of April 27, 2007, to be a second amended complaint and will, by concurrently filed findings and recommendations, recommend that certain defendants be dismissed from this action.

The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's filing of April 27, 2007, is deemed a second amended complaint because plaintiff has thereby altered the exhibits to the first amended complaint and seeks to proceed in this action with the modified exhibits.

2. The Clerk of the Court is to docket plaintiff's filing of April 27, 2007, nunc pro tunc (docket entry # 11), as the second amended complaint.

3. Service is appropriate for the following defendants: James Walker, Anthony J. Malfi, D. Lieber, Karen Kelly, Haythorne, Hague, Rodriguez, Rueller, Arnt, Baughman, Raymond, Alice Smith.

4. The Clerk of the Court shall send plaintiff 12 (twelve) USM-285 forms, one summons, an instruction sheet and a copy of the second complaint filed April 27, 2007.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Thirteen (13) copies of the endorsed second amended complaint filed April 27, 2007.

6. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States

/////

/////

2

1 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
2 without payment of costs.
3 DATED:  6/22/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack2023.1a

```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9  CHRISTOPHER JACKSON,
10          Plaintiff,                  No. CIV S-06-2023 WBS GGH P
11      vs.
12  JAMES WALKER, et al.,               NOTICE OF SUBMISSION
13          Defendants.                 OF DOCUMENTS
14  _____/
15          Plaintiff hereby submits the following documents in compliance with the court's
16  order filed _____:
17            1        completed summons form
18           12        completed USM-285 forms
19           13        copies of the  April 27, 2007
                                     Second Amended Complaint
20  DATED:
21
22                                      _____
                                                   Plaintiff
23
24
25
26
```