IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

    Plaintiff,                     No. CIV S-06-2023 WBS GGH P

   vs.

JAMES WALKER, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By concurrently filed order, this court has found the second amended complaint appropriate for service as to some of the defendants. However, the court now recommends that, for the reasons set forth in the court's Order, filed on April 4, 2007, several defendants be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that defendants CDCR, Schwarzenegger, Hickman, Woodford, and Dovey be dismissed from this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections
2  within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.
3  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: 6/22/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack2023.fr