IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER JACKSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES WALKER, et al.,**<br><br>Defendants. | 2:06-cv-2023 WBS GGH P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**The Honorable Gregory G. Hollows** |

On November 21, 2007, Defendants filed a second request for an extension of time to file their responsive pleading, with a supporting declaration of Tania H. Colderbank.

**FOR GOOD CAUSE SHOWN**, all Defendants are granted an extension of time, up to and including December 14, 2007, in which to file their responsive pleading.

Dated:  11/29/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

jack2023.po2