IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

        Plaintiff,                  No. CIV S-06-2023 WBS GGH P

    vs.

JAMES WALKER, et al.,

        Defendants.            ORDER

                                    /

        On January 31, 2008, plaintiff Christopher Jackson filed: request for admissions, set one, propounded upon defendant Bernardino (#48); first set of interrogatories directed to defendant Bernardino (# 49); request for productions of documents, set one, propounded upon defendant Bernardino (#50); first set of interrogatories directed to defendant Kelly (#51); request for admissions, set one, propounded upon defendant Kelly (#52); and request for production of documents, set one, propounded upon defendant Kelly (#53).

        Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's January 31, 2008,
2  discovery request documents (docket entries # 48, # 49, # 50, # 51, # 52 and # 53) will be placed
3  in the court file and disregarded.  Plaintiff is cautioned that further filing of discovery requests or
4  responses, except as required by rule of court, may result in an order of sanctions, including, but
5  not limited to, a recommendation that this action be dismissed.
6  DATED: 03/03/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

9  GGH:009/bb
   jack2023.411