IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER JACKSON,** | 2:06-cv-2023 WBS GGH |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST** |
| v. | |
| **JAMES WALKER, et al. ,** | |
| Defendants. | |

On March 11, 2008, Defendants sought an extension of time of forty-five days, up to and including April 25, 2008, within which to respond to Plaintiff's discovery request.

Good cause appearing, Defendants' request is granted.

**IT IS SO ORDERED**.

Dated: 03/13/08                             /s/ Gregory G. Hollows
                                            U.S. MAGISTRATE JUDGE


jack2023.eot

[Proposed] Order

1