IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

    Plaintiff,                  No. CIV S-06-2023 WBS GGH P

    vs.

JAMES WALKER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On March 4, 2008, plaintiff filed a motion for leave to supplement his complaint, seeking to add seven defendants, none of whom he names, for unspecified occurrences.  Plaintiff states that he does not wish the operative second amended complaint to be superseded.  Plaintiff has not filed a proposed third amended complaint.

        As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute.  See 28 U.S.C. § 1915.  Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.  See also, Local Rule 15-220.  Plaintiff's motion for leave to amend or supplement his second amended complaint must therefore be denied.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's March 4, 2008, motion
2 for leave to amend is denied.
3 DATED: 03/18/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
jack2023.10b