IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER JACKSON,** | CASE NO.: 2:06-cv-2023 WBS GGH |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES WALKER, et al. ,** | |
| Defendants. | |

Defendants have made a second request for an extension of time, seeking an additional forty-five days, to and including June 9, 2008, to serve the remaining discovery responses to Plaintiff. The court will grant this request, but there will be no further extension.

**IT IS SO ORDERED.**

Dated: 04/29/08                    /s/ Gregory G. Hollows
                                    U.S. MAGISTRATE JUDGE

jack2023.eot2

1