IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JACKSON, | |
|     Plaintiff | CIV S-06-2023 WBS GGH P |
|   vs. | |
| JAMES WALKER, et al., | |
|     Defendants. | |
|                                  / | |
| MAURICE C. CAMPBELL, | |
|     Plaintiff, | CIV S-07-1419 MCE KJM P |
|   vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, et al., | |
|     Defendants, | |
|                                  / | |
| JOHN WESLEY WILLIAMS, | |
|     Plaintiff, | CIV S-07-2385 FCD CMK P |
|   vs. | |
| JAMES WALKER, et al., | <u>RELATED CASE ORDER</u> |
|     Defendants. | |
|                                  / | |

The Court has received the Notice of Related Cases concerning the above-captioned cases filed May 29, 2008. Examination of these actions reveals they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997), that is, these actions involve similar questions of fact and law, and assignment to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort. Accordingly, the undersigned has determined it is appropriate to relate Civil No. S-06-2023 WBS GGH P to Civil No. S-07-1419 MCE KJM P and Civil No. S-07-2385 FCD CMK P.

Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Relating cases pursuant to Local Rule 83-123 only affects reassignment; there is no consolidation of actions.

Accordingly, IT IS HEREBY ORDERED that:

1. The actions denominated Civil No. S-07-1419 MCE KJM P and Civil No. S-07-2385 FCD CMK P shall be reassigned and redesignated Civil No. S-07-1419 WBS GGH P and Civil No. S-07-2385 WBS GGH P; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: 06/06/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
jack2023.relat1