IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER JACKSON,**<br><br>                              Plaintiff,<br><br>v.<br><br>**J. WALKER, et al. ,**<br><br>                              Defendants. | 2:06-cv-2023 WBS-GGH P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER AND ORDER EXTENDING DISCOVERY DEADLINE AND DEADLINE TO FILE AND SERVE PRETRIAL MOTIONS** |

        Despite the court's caution in the March 18, 2008, scheduling order that requests for extension of time would not be looked on with favor, both plaintiff and defendants seek a modification of the order, in the form of a sixty-day extension of the August 1, 2008, discovery cutoff.  Citing Fed. R. Civ. P. 16(b)(4), defendants also ask for a thirty-day extension of the deadline to file and serve pretrial motions.  In light of the separate reasons set forth by plaintiff and defendants for a similar modification, the court will modify the order.

        Accordingly, IT IS ORDERED that plaintiff's May 30, 2008 (#74) request and defendants' June 6, 2008 (#76) motion are granted.  The parties may conduct discovery until October 1, 2008, any motions to compel discovery shall be filed by that date, and all requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be

served no later than sixty days prior to that date.  All pretrial motions, except motions to compel discovery, shall be filed on or before January 19, 2009.

Dated:   06/12/08 /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

jack2023.mod