IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

    Plaintiff,                 No. CIV S-06-2023 WBS GGH P

    vs.

JAMES WALKER, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff has filed a motion for "reasonable access to the law library." In his motion, plaintiff alleges that court orders are necessary before he can use the law library and he therefore, in essence, requests that the court issue an order granting him "Preferred Legal User" status.

        The court, by concurrently filed order, has granted the parties a modification of the scheduling order, which plaintiff may present to prison officials as containing the relevant deadlines in this litigation at this time. Beyond that, the court will not grant a separate order requiring the prison to permit plaintiff a particular amount of law library access at this point.

1

Plaintiff alternatively asks for "auxiliary services and fees." In his motion, plaintiff requests that the court provide funds for paralegal and investigative services. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for paralegal and investigative services. <u>See</u> 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 12, 2008 motion regarding law library access and/or for the court to provide him paralegal and investigative services (Docket #69) is denied.

DATED: 06/12/08                           /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
jack2023.80+31c