IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

CHRISTOPHER JACKSON,

                       Plaintiff,

    v.

J. WALKER, et al. ,

                       Defendants.

No. 2:06-cv-2023 WBS-GGH P

**ORDER GRANTING DEFENDANTS' A ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY**

       Defendants move this Court ex parte, under Local Rule 6-144(c), for a one-week extension to serve their responses to Plaintiff's first set of written discovery. As defendants' counsel notes, the court has previously granted two extensions of time and in the last order informed counsel that there would be no further extension. See Order, filed on 4/29/08. Counsel nevertheless sets forth in some detail the reasons for this third request, as well as her unsuccessful efforts to obtain plaintiff's consent to this latest request.

       The court will grant this latest request in light of the reasons set forth, but counsel is cautioned to provide substantive responses, assuming the reasonableness of plaintiff's requests, and not simply to interpose objections.

\\\\\

\\\\\

1  Accordingly, IT IS ORDERED that Defendants' application, filed on 6/20/08 (# 81) is
2  granted. Defendants shall serve their responses to the first set of written discovery on or before
3  June 30. **There will unequivocally be no further extension**.
4  Dated: 06/27/08

/s/ Gregory G. Hollows
U.S. Magistrate Judge

7  jack2023.eot3

jack2023.eot3.wpd

Order Granting Defendants' Request for One-Week Extension to Respond to Plaintiff's First Set of Discovery
2