IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

        Plaintiff,                  No. CIV S-06-2023 WBS GGH P

    vs.

JAMES WALKER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff seeks a sixty day extension of time to complete discovery. See Order, filed on 6/13/08. Defendants oppose the request, arguing that plaintiff has not made sufficiently clear why he cannot complete discovery by the pending discovery deadline of October 1, 2008. The court will partially grant plaintiff's request, but there will be no further extension of time

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's request, filed on 7/24/08, for an extension of time to complete discovery is partially granted;

        2. The discovery deadline will be extended from October 1, 2008, until November 1, 2008; and

\\\\\

\\\\\

1

3. There will be no further extension.

DATED: 08/04/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack2023.ord