1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER JACKSON,                    No. 2:06-cv-2023 WBS-GGH

12                         Plaintiff,        **ORDER EXTENDING
                                             DISCOVERY DEADLINE FOR
13              v.                           THE LIMITED PURPOSE OF
                                             COMPLETING PLAINTIFF'S
14   J. WALKER, et al. ,                     DEPOSITION**

15                         Defendants.

16

17       Good cause appearing, the application of Defendants Arndt, Baughman, Bernardino,

18   Hague, Haythorne, Kelly, Leiber, Malfi, Rodriguez, Ruller, Smith, and Walker

19   for a one-month extension of the discovery deadline is granted.

20       The discovery deadline is extended to and including December 1, 2008, for the

21   limited purpose of completing Plaintiff's deposition.

22       IT IS SO ORDERED.

23   Dated: 10/23/08              /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE
24
     jack2023.eot4
25

26

27

28

     Order Extending Discovery Deadline for the Limited Purpose of Completing Plaintiff's Deposition

                                          1