IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JACKSON,<br><br>                         Plaintiff,<br><br>    v.<br><br>J. WALKER, et al. ,<br><br>                        Defendants. | 2:06-cv-2023 WBS-GGH<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING AND ORDER SHORTENING TIME, AND ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER AND ORDER EXTENDING PRETRIAL MOTION DEADLINE** |

    Defendants move this Court ex parte, under Local Rule 6-144(e), for an order shortening for the Court to rule on their Motion to Modify Scheduling Order. Having made a satisfactory showing, the Court grants the application.

    Defendants move this Court, under Federal Rule of Civil Procedure 16(b)(4), to modify the Scheduling Order of June 13, 2008, and request an eleven-day extension of the pretrial motion deadline. Good cause appearing, Defendants' motion is granted.

    All pretrial motions, except motions to compel discovery, shall be filed on or before January 30, 2009.

Dated: January 22, 2009

                                         /s/ Gregory G. Hollows
                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

jack2023.eot

Order Granting Defendants' Ex Parte Application for Order Shortening Time and Order Granting Defendants' Motion to Modify Scheduling Order

1