IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

       Plaintiff,                No. CIV S-06-2023 WBS GGH P

    vs.

J. WALKER, et al.,

       Defendants.        ORDER

_____/

       Plaintiff has requested an extension of time to file an opposition to defendants' January 30, 2009, motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request for a thirty-day extension of time to file an opposition to defendants' motion for summary judgment, requested on February 10, 2009, as well as in an amended application on February 19, 2009 (Docket #123 and #124), is granted; and

       2. Plaintiff is granted until March 31, 2009, to file an opposition to defendants' January 30, 2009, motion for summary judgment.

DATED: February 25, 2009

                           /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:009
jack2023.36