IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

    Plaintiff,                       No. CIV S-06-2023 WBS GGH P

    vs.

J. WALKER, et al.,

    Defendants.                <u>ORDER</u>

_____/

          While pretrial and trial dates were accelerated for this entire matter to be finally resolved rather than addressed piecemeal or temporarily in plaintiff's preliminary injunctive relief request, the parties have requested a continuance of those dates, although they do not agree as to the length of the continuance. Plaintiff has previously been granted an extension of time until March 31, 2009, to file an opposition to defendants' January 30, 2009, motion for summary judgment. Thereafter, defendants will have seven days to file any reply, after which this motion will be deemed submitted. As the pretrial conference date now precedes the date upon which the dispositive motion will be submitted, the court will vacate the pretrial and trial dates until adjudication of the motion for summary judgment, as appropriate. Plaintiff is cautioned not to make serial filings unrelated to the motion at issue at this time. It is the present intention of the court, as its calendar permits, to address the summary judgment motion on an accelerated basis.

Accordingly, IT IS ORDERED that:

1. In light of the pending, but not yet submitted, summary judgment motion, the March 27, 2009 pretrial conference and June 16, 2009 jury trial dates currently set in the December 11, 2008 (# 100) further scheduling order are vacated. The dates set therein for the filing of pretrial statements by the parties are also hereby vacated.

2. The pretrial conference and trial dates will be re-set, as appropriate, following adjudication of the motion for summary judgment.

DATED: March 18, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack2023.ext