IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

    Plaintiff,                     No. CIV S-06-2023 WBS GGH P

   vs.

J. WALKER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested a further extension of time to file and serve an opposition to defendants' January 30, 2009, motion for summary judgment. Previously, by Order, filed February 26, 2009, plaintiff was granted an extension of time, until March 31, 2009, to file his opposition, and he now seeks a brief further extension. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's further request for an extension of time, file-stamped April 2, 2009[1] (Document No. 132), is granted; and

\\\\\

\\\\\

\\\\\

---

[1] Per the mailbox, the request was filed timely, on March

2. Plaintiff is granted until April 14, 2009, to file and serve an opposition to defendants' January 30, 2009, motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter. No further extensions will be approved.

DATED: April 9, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
jack2023.36(2)