IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

      Plaintiff,                      No. CIV S-06-2023 WBS GGH P

    vs.

J. WALKER, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 17, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff, who was granted an extension of time to do so, has filed objections to the findings and recommendations, to which defendants have filed their response.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire /////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 17, 2009, are adopted in full;

2. Defendants' motion for summary judgment, filed on January 30, 2009 (docket # 105), is granted in part and denied in part, as follows:

A. Granted as to defendants Malfi, Leiber, Rodriguez, Ruller, Arndt, Baughman, Bernardino, Kelly and Smith;

B. Granted as to (Acting) Warden Walker, in his individual capacity;

C. Denied as to defendants Haythorne and Hague; and

D. Denied as to defendant Walker, in his official capacity only.

DATED:  August 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE