IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

        Plaintiff,                    No. CIV S-06-2023 WBS GGH P

    vs.

J. WALKER, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison-Sacramento (CSP-Sacramento) the week of November 9, 2009.  The parties are also informed that the Further Scheduling Order (Doc. #145), filed on September 8, 2009, will continue and all deadlines will remain in effect should the mediation be unsuccessful.

        In accordance with the above,  IT IS HEREBY ORDERED that:

        1. This case is set for mediation the week of November 9, 2009, at CSP-Sacramento, Prison Road, Represa, California.

\\\\\

\\\\\

1

2.  The parties are directed to provide confidential settlement conference statements to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they arrive no later than November 6, 2009.

DATED: September 28, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:ab
jack2023.med

2