IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

      Plaintiff,                      No. CIV S-06-2023 WBS GGH P

    vs.

J. WALKER, et al.,

      Defendants.          ORDER

                               /

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig M. Kellison to conduct a settlement conference at California State Prison - Sacramento (CSP-SAC) on October 27, 2010, at 9:00 a.m.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This case is set for a settlement conference on October 27, 2010, at 9 a.m. at CSP-SAC, Prison Road, Represa, California 95671.

        2. Defendants' lead counsel and a person with full and unlimited authority, as defined by state law, to negotiate and enter into a binding settlement on defendants' behalf shall attend in person.

1

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at CSP - SAC via facsimile at (916) 294-3072.

DATED: October 13, 2010

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

jack2023med(b)