## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

       Plaintiff,            No. CIV S-06-2023 WBS GGH P

  vs.

J. WALKER, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Frank Daniels, inmate # J-82534, a necessary and material witness in proceedings in this case on January 19, 2011, is confined in Folsom State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable William B. Shubb, to appear by video-conferencing at Folsom State Prison, January 19, 2011, at 9:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Folsom State Prison, 300 Prison Road, P.O. Box 71, Represa, California 95671:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 8, 2010

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

GGH:kly
jack2023.841lkktch.FD