# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

      Plaintiff,           No. CIV S-06-2023 WBS GGH P

vs.

J. WALKER, et al.,

      Defendants.      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

      Maurice Scott, inmate # J-43336, a necessary and material witness in proceedings in this case on February 23, 2011, is confined in California State Prison - Solano, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable William B. Shubb, to appear by video-conferencing at California State Prison - Solano, February 23, 2011, at 9:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, California State Prison - Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California 95696-4000:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 13, 2011

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009/kly/mp
jack2023.841lvcMS(2)