IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

        Plaintiff,                    No. CIV S-06-2023 WBS GGH P

    vs.

JAMES WALKER, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Jury trial is set in this matter for February 23, 2011, before the Honorable William B. Shubb, at 9:00 a.m. Plaintiff has very recently requested that the prison law library be directed by this court to permit photocopying of his trial exhibits, the undersigned having directed the parties to exchange exhibits twenty-eight days prior to trial in the amended pretrial order. In light of the circumstances, including the proximity of the trial date and the time for the exchange of exhibits having passed, IT IS ORDERED that:

        1. Plaintiff is relieved of the obligation to photocopy his trial exhibits;

        2. Instead, plaintiff is directed to bring his original exhibits to trial; should copying of any of the exhibits be required, the trial judge may order defendants to provide the copies; and

3. Plaintiff's motion for access to the law library photocopying services, filed on February 8, 2011 (docket # 201), is denied as moot.

DATED: February 14, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack2023.ord