IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JACKSON,

        Plaintiff,                      No. CIV S-06-2023 WBS GGH P

    vs.

JAMES WALKER, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On February 17, 2011, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on October 26, 2007, February 14, 2008, April 11, 2008 and January 15, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's February 17, 2011 request (Docket No. 215) is denied.

DATED: March 2, 2011

                              /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:md
jack2023.31.thr