KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Hague, Haythorne, and Virga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER JACKSON,** <br><br> Plaintiff, <br><br> v. <br><br> **J. WALKER, et al.,** <br><br> Defendants. | No. 2:06-cv-2023 WBS-GGH <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christopher Jackson and Defendants Hague, Haythorne, and Virga stipulate to the voluntary dismissal of this action with prejudice.

///

///

///

///

1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  October __7__, 2011

_/s/_____
Christopher Jackson
Plaintiff pro se

Dated:  October 5, 2011

__/s/_____
Diana Esquivel
Deputy Attorney General
*Attorneys for Defendants*

SA2007303698
31128580.doc

Stipulation of Voluntary Dismissal with Prejudice  (2:06-cv-2023 WBS-GGH)

**<u>ORDER</u>**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 7, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

# DECLARATION OF SERVICE BY U.S. MAIL

**Case Name:** *Jackson v. Walker, et al.*
**No.:** 2:06-cv-2023 WBS-GGH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 6, 2012**, I served the attached

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** [Fed. R. Civ. P. 41(a)(1)(A)(ii)]

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Christopher Jackson (J-43666)
California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671-0066
*In pro per*

I declare under penalty of perjury under the laws of the United States and the State of California the foregoing is true and correct and that this declaration was executed on March 6, 2012, at Sacramento, California.

| D. Esquivel | */s/ D. Esquivel* |
|---|---|
| Declarant | Signature |